**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| THE TINSMAN GROUP, INC., | : No. 622 MAL 2019 |
| | : |
| Respondent | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| v. | : |
| | : |
| | : |
| TRI-STATE GARDEN SUPPLY, INC. D/B/A | : |
| GARDENSCAPE, PETITONER | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 16th day of March, 2020, the Petition for Allowance of Appeal is **DENIED**.